FILED:  July 16, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1505

(5:14-cv-00690-FL)

(13-05843-8-SWH)

_____

WILLIAM ROBERT ANDERSON, JR.; DANNI SUE JERNIGAN

> Debtors - Appellants

v.

WAYNE HANCOCK; TINA HANCOCK

> Creditors - Appellees

JOHN F. LOGAN

> Trustee - Appellee

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 07/30/2015

Opening brief due: 07/30/2015

Response brief due: 08/31/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk